UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-01235-JAM-CSK |
| | No. 2:24-cv-01236-JAM-CSK |
| | No. 2:24-cv-01238-JAM-CSK |
| | No. 2:24-cv-01240-JAM-CSK |
| | No. 2:24-cv-01243-JAM-CSK |
| | No. 2:24-cv-01244-JAM-CSK |
| | No. 2:24-cv-01246-JAM-CSK |
| | No. 2:24-cv-01247-JAM-CSK |
| | No. 2:24-cv-01249-JAM-CSK |
| | No. 2:24-cv-01250-JAM-CSK |
| | **ORDER** |

    Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review. (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

7      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
8  finds they are related to Plaintiff's Alameda County criminal conviction.

9      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01235, 2:24-cv-01236, 2:24-cv-
10 01238, 2:24-cv-01240, 2:24-cv-01243, 2:24-cv-01244, 2:24-cv-01246, 2:24-cv-01247, 2:24-cv-
11 01249 and 2:24-cv-1250 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these
12 cases. **No further filings will be accepted**.

Dated: May 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2